JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Berry,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Richard Don Han, who took title as Sang Don Han, Trustee of the Han Family Trust Dated October 21, 2008; Sarah Han, Trustee of the Han Family Trust Dated October 21, 2008; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 20-157-DMG (SSx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [25]** |

-2-

1  Pursuant to the parties' stipulation [Doc. # 25] and Fed. R. Civ. P. 41(a)(1) and (2),
2  and good cause appearing,
3  IT IS HEREBY ORDERED THAT:
4  The above-captioned action is dismissed with prejudice, in its entirety.

6  DATED: June 30, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE